**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Edward FRANKLIN,**
**Defendant–Appellant.**

**No. 04–30187.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

Mary Jude Darrow, Stephen A. Higginson, Assistant U.S. Attorney, Diane Hollenshead Copes, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Charles Edward Franklin, Oakdale, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Charles Edward Franklin, federal prisoner # 02917–095, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence based on Amendment 599 to the United States Sentencing Guidelines. Franklin pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). The district court sentenced him as an armed career criminal under U.S.S.G. § 4B1.4.

Franklin argues that the enhancement for being an armed career criminal was impermissible double counting under Amendment 599. However, that provision did not change § 4B1.4, *see* U.S.S.G.App. C, amend. 599, and the denial of Franklin's § 3582(c)(2) motion was not an abuse of discretion. *See United States v. Pardue,* 36 F.3d 429, 430 (5th Cir.1994).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.